UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA MARIE RICHARDS,<br><br>      Appellant,<br><br>v.<br><br>RICHARD A. MARSHACK,<br>CHAPTER 7 TRUSTEE,<br><br>      Appellee. | Case No. 8:22-cv-00330-SB<br><br>JUDGMENT<br><br>Bankruptcy No. 8:21-bk-10635-ES |

     Pursuant to this Court's Order Denying Leave to Appeal Bankruptcy Court Order, it is hereby ordered, adjudged, and decreed that judgment is entered on all claims in favor of Appellee RICHARD A. MARSHACK, CHAPTER 7 TRUSTEE and against Appellant ALICIA MARIE RICHARDS. This action is dismissed with prejudice.

IT IS SO ORDERED.

Date: August 26, 2022

                                                  Stanley Blumenfeld, Jr.
                                                  United States District Judge